IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 4:23-CR-_29_ (CDL) |
| | : |
| v. | : VIOLATIONS: |
| | :    18 U.S.C. § 922(g)(1) |
| MARRIKUS WILIAMS, | :    18 U.S.C. § 924(a)(2) |
|     Defendant | :    18 U.S.C. § 924(c)(1)(A) |
| | :    18 U.S.C. § 922(j) |
| | :    18 U.S.C. § 933(a)(1) |
| | :    18 U.S.C § 933(b) |
| | :    21 U.S.C. § 841(a)(1) |
| | :    21 U.S.C. § 841(b)(1)(C) |
| | : |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (DISTRIBUTION OF METHAMPHETAMINE)

That on or about August 22, 2022, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**MARRIKUS WILLIAMS,**

defendant herein, did knowingly and intentionally distribute a Schedule II controlled substance, to-wit: a mixture or substance containing a detectable amount of methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
### (DISTRIBUTION OF METHAMPHETAMINE)

That on or about August 31, 2022, in the Columbus Division of the Middle District

of Georgia, and elsewhere within the jurisdiction of the Court,

**MARRIKUS WILLIAMS,**

defendant herein, did knowingly and intentionally distribute a Schedule II controlled substance, to-wit: a mixture or substance containing a detectable amount of methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
## (CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME)

That on or about August 31, 2022, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**MARRIKUS WILLIAMS,**

defendant herein, did knowingly carry a firearm, to wit: one (1) American Tactical, model-Omni Hybrid, rifle, bearing serial number NS308555, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offenses set forth in Count Two of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR
## (FIREARMS TRAFFICKING - TRANSFER)

That on or about August 31, 2022, in the Columbus Division of the Middle District of Georgia, the defendant,

**MARRIKUS WILLIAMS,**

did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: one (1) American Tactical, model-Omni Hybrid, rifle, bearing serial number

NS308555, to another person in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony; in violation of Title 18, United States Code, Section 933(a)(1) and (b).

## COUNT FIVE
## (POSSESSION OF A STOLEN FIREARM)

That on or about August 31, 2022, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**MARRIKUS WILLIAMS,**

knowingly possessed, sold, and disposed of a stolen firearm, to wit: one (1) American Tactical, model-Omni Hybrid, rifle, bearing serial number NS308555, said firearm having been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT SIX
## (POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about August 31, 2022, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**MARRIKUS WILLIAMS,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: one (1) American Tactical, model-Omni Hybrid, rifle, bearing serial number NS308555, said firearm having been shipped and transported in interstate and foreign commerce; in

violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SEVEN
## (DISTRIBUTION OF METHAMPHETAMINE)

That on or about October 6, 2022, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**MARRIKUS WILLIAMS,**

defendant herein, did knowingly and intentionally distribute a Schedule II controlled substance, to-wit: a mixture or substance containing a detectable amount of methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT EIGHT
## (FIREARMS TRAFFICKING - TRANSFER)

That on or about October 6, 2022, in the Columbus Division of the Middle District of Georgia, the defendant,

**MARRIKUS WILLIAMS,**

did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: (1) Century Arms, model: C39V2, rifle bearing serial number C39V2A43529, to another person in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony; in violation of Title 18, United States Code, Section 933(a)(1) and (b).

## COUNT NINE
## (POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about October 6, 2022, in the Columbus Division of the Middle District

of Georgia, and elsewhere within the jurisdiction of the Court,

**MARRIKUS WILLIAMS,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: (1) Century Arms, model: C39V2, rifle bearing serial number C39V2A43529, said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

*s/Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented by:

*Leah E McEver* for CW
CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 24 day of October, 2023.

_____
Deputy Clerk